MARK ANTHONY GUTHRIE
3002 HARDY ST.
APT 205
HATTIESBURG, MS 39401

HELVEY & ASSOCIATES
1029 EAST CENTER ST
WARSAW, IN 46580

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

VERIZON
PO BOX 11328
SAINT PETERSB, FL 33733

ALDOUS AND ASSOCIATES
ATTN: BANKRUPTCY
PO BOX 171374
HOLLADAY, UT 84117

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

CAPITAL BANK
2275 RESEARCH BLVD.
STE 600
ROCKVILLE, MD 20850

MONICA GUTHRIE
1613 BOWFIN LN
CAROLINA BEACH, NC 28428

CARMAX AUTO FINANCE
ATTN: BANKRUPTCY
12800 TUCKAHOE CREEK
RICHMAN, VA 23238

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

COASTAL FEDERAL CU
ATTN: BANKRUPTCY
P.O. BOX 58429
RALEIGH, NC 27658

NAVY FCU
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119

CREDIT COLLECTION
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

NAVY FCU
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22199

GM FINANCIAL
ATTN: BANKRUPTCY
801 CHERRY ST STE 3500
FORT WORTH, TX 76102

PATRICIA COOKE
5604 S EL CAROL ST
WILMINGTON, NC 28409

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

TRANSWORLD SYSTEM INC
ATTN: BANKRUPTCY
PO BOX 15618
WILMINGTON, DE 19850