United States Bankruptcy Court

Southern District of Mississippi

In re:

Case No. 26-50692-KMS

Mark Anthony Guthrie

Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2

Date Rcvd: Jul 01, 2026     Form ID: n031     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Anthony Guthrie, 3002 Hardy St., Apt 205, Hattiesburg, MS 39401-7052 |
| 5664543 | + | Monica Guthrie, 1613 Bowfin Ln, Carolina Beach, NC 28428-5760 |
| 5664547 | + | Patricia Cooke, 5604 S El Carol St, Wilmington, NC 28409-3995 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5664533 | | Email/Text: cs@aldouslegal.com | Jul 01 2026 19:53:00 | Aldous and Associates, Attn: Bankruptcy, Po Box 171374, Holladay, UT 84117 |
| 5690498 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 01 2026 20:00:01 | AT & T Enterprise aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5686226 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 01 2026 19:59:47 | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5669546 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 01 2026 19:53:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5664535 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 01 2026 19:53:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek, Richman, VA 23238 |
| 5664534 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 01 2026 19:59:53 | Capital Bank, 2275 Research Blvd., Ste 600, Rockville, MD 20850-6238 |
| 5664536 | + | Email/Text: bankruptcy@coastal24.com | Jul 01 2026 19:53:00 | Coastal Federal CU, Attn: Bankruptcy, P.O. Box 58429, Raleigh, NC 27658-8429 |
| 5664537 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 01 2026 19:54:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5664538 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 01 2026 19:53:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry St Ste 3500, Fort Worth, TX 76102-6854 |
| 5664539 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 01 2026 19:53:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5664540 | | Email/Text: bankruptcy@hlv.com | Jul 01 2026 19:53:00 | Helvey & Associates, 1029 East Center St, Warsaw, IN 46580 |
| 5664542 | + | Email/Text: ebone.woods@usdoj.gov | Jul 01 2026 19:53:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5664541 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 01 2026 19:53:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5664544 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jul 01 2026 19:53:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |

District/off: 0538-6     User: mssbad     Page 2 of 2

Date Rcvd: Jul 01, 2026     Form ID: n031     Total Noticed: 24

| | | | | |
|---|---|---|---|---|
| 5671436 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 01 2026 19:54:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5664546 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 01 2026 19:54:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22116-3000 |
| 5664545 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 01 2026 19:54:00 | Navy FCU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5664548 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 01 2026 19:54:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 5664549 | ^ | MEBN | Jul 01 2026 19:50:37 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5664550 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 01 2026 19:53:00 | Verizon, PO Box 11328, Saint Petersb, FL 33733-1328 |
| 5689883 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 01 2026 19:59:47 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mark Anthony Guthrie trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−50692−KMS
**Chapter:** 13

**In re:**

Mark Anthony Guthrie
aka Mark A Guthrie
3002 Hardy St.
Apt 205
Hattiesburg, MS 39401

Notice of Entry of Order Confirming Plan

The Court entered an Order on July 1, 2026 (Dkt. # 15 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 1, 2026

Danny L. Miller, Clerk of Court